McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  *jim.wagoner@mccormickbarstow.com*
Christian D. Jinkerson, #232143
  *ian.jinkerson@mccormickbarstow.com*
Beau R. Mosman, #321404
  *beau.mosman@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Government Employees Insurance
Company, aka GEICO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| Ramji Govindarajan,<br><br>            Plaintiff,<br><br>     v.<br><br>Government Employees Insurance Company aka GEICO, a Maryland Corporation,<br><br>            Defendant. | Case No. 3:18-cv-07797<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:    July 11, 2019<br>Time:   9:00 a.m.<br>Crtrm.:  F - 15th Floor<br><br>Judge:  Hon. Jacqueline Scott Corley |

The motion for summary judgment or, in the alternative, partial summary judgment filed by Government Employees Insurance Company ("GEICO") on May 24, 2019 came before the Court on July 11, 2019 in the above-referenced proceeding, after adequate notice to Plaintiff Ramji Govindarajan. After consideration of the evidence submitted and the arguments of counsel, the Court is satisfied that there is no genuine issue of material fact to be tried, and that GEICO is entitled to summary judgment as a matter of law.

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1.    GEICO's motion for summary judgment as to the all causes of action in the complaint of Plaintiff Ramji Govindarajan is GRANTED in its entirety, and

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

3:18-cv-07797

[PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

1  2. Judgment shall be entered in favor of GEICO, and against Plaintiff Ramji Govindarajan
2 as to all causes of action in the complaint herein.
3 IT IS SO ORDERED.
4
5 DATED: _____, 2019
6 
The Hon. Jacqueline Scott Corley
Judge of the United States District Court
7 6053635.1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

2                                                             3:18-cv-07797
[PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE,
PARTIAL SUMMARY JUDGMENT

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On May 24, 2019, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** on the interested parties in this action as follows:

J. Curtis Edmondson                                   Attorney for Plaintiff,
Law Offices of J. Curtis Edmondson        RAMJI GOVINDARAJAN
Venture Commerce Center
3699 NE John Olsen Ave.
Hillsboro, OR 97124
Phone: (503) 336-3749
Fax: (503) 482-7418
Email: jcedmondson@edmolaw.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 24, 2019, at Fresno, California.

/s/ Marisela Taylor
Marisela Taylor