J. Curtis Edmondson, CSB# 236105
Law Offices of J. Curtis Edmondson
3699 NE John Olsen Ave
Hillsboro OR 97124
Phone: 503-336-3749
Email: jcedmondson @edmolaw.com
Attorney for Plaintiff Ramji Govindarajan


McCormick, Barstow, Sheppard, Wayte & Carruth LLP
James P. Wagoner, #58553
*jim.wagoner@mccormickbarstow.com*
Beau R. Mosman
*beau.mosman@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
Attorneys for Government Employees Insurance Company, aka GEICO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RAMJI GOVINDARAJAN,<br>Plaintiff,<br><br>v.<br><br>Government Employees Insurance<br>Company aka GEICO, a Maryland<br>Corporation,<br>Defendant.<br>. | ) Case No. 3:18-cv-07797<br>)<br>) **JOINT STIPULATION TO**<br>) **MODIFY THE BRIEFING**<br>) **SCHEDULE & [~~PROPOSED~~]**<br>) **ORDER**<br>)<br>)<br>) Hon. Jacqueline Scott Corley<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Whereas, the Parties conducted a mediation before Attorney Robert Goodman on May 31, 2019;

1    Whereas, the mediation was productive, but the final determination of the

2   underlying case is important to a future mediation;

3    Whereas the Parties have discussed a stay pending appeal;

4    Whereas the joint stipulation for the stay will require involvement of

5   counsel;

6    Whereas counsel for the Plaintiff and the Defendant have scheduled

7   vacations this week and next week;

8    Whereas there is a pending Motion for Summary Judgment (Dockets 22-24);

9    Whereas the Opposition to the Motion for Summary Judgment is due on

10  Friday, June 7, 2019;

11

12  THE PARTIES HEREBY STIPULATE TO THIS REVISED BRIEFING

13  SCHEDULE:

14    Opposition to the Motion for Summary Judgment is now due on June 21,

15  2019; and

16    the Reply Brief is now due on June 28, 2019.

17

18

19                          Respectfully submitted,

20

21   Dated: 6/6/2019              /s/ J. Curtis Edmondson

22                                _____
                                  Counsel for the Plaintiff

23                                /s/ Jim Wagoner

24                                _____
     Dated: 6/6/2019              Counsel for the Defendant

25

26

1

2                        [PROPOSED] ORDER

3

4    The above JOINT STIPULATION TO ADJUST THE BRIEFING SCHEDULE is

5    approved and the following dates are adjusted:

6        Opposition to the Motion for Summary Judgment is now due on June 21,

7    2019; and

8        the Reply Brief is now due on June 28, 2019.

9

10

11

12   IT IS SO ORDERED.

13   Dated:   June 10, 2019

14

15

16

17

18

19

20

21

22

23

24

25

26

