McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  jim.wagoner@mccormickbarstow.com
Christian D. Jinkerson, #232143
  ian.jinkerson@mccormickbarstow.com
Beau R. Mosman, #321404
  beau.mosman@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Government Employees Insurance
Company, aka GEICO

J. Curtis Edmondson, #236105
  jcedmondson@edmolaw.com
Law Offices of J. Curtis Edmondson
3699 NE John Olsen Ave
Hillsboro, OR 97124
Telephone:    (503) 336-3749

Attorney for Plaintiff Ramji Govindarajan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| Ramji Govindarajan, <br><br> Plaintiff, <br><br> v. <br><br> Government Employees Insurance Company aka GEICO, a Maryland Corporation, <br><br> Defendant. | Case No. 3:18-cv-07797 <br><br> [PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY ACTION PENDING OUTCOME OF APPEAL IN UNDERLYING ACTION <br><br> Judge:   Hon. Jacqueline Scott Corley |

On June 14, 2019, the Court received the joint stipulation to stay the action pending the outcome of the appeal in the underlying action entitled *Rosebank Road Medical Services Ltd. Dba Rosebank Road Medical Centre and Geeta Murali Ganesh v. Ramji Govindarajan*, Court of Appeal, First District, California, Division Four, Case No. A164444 (on appeal from San Francisco Superior Court, Case No. CGC-16-54755) (the "underlying action"). After

consideration of the statements of counsel in that stipulation, the Court makes this order.

IT IS HEREBY ORDERED AND ADJUDGED as follows:

The present action against GEICO is hereby stayed pending the outcome of the appeal, (e.g. remittitur sent to the Superior Court), in the underlying litigation.

In consideration for the stay of the present action, Plaintiff Ramji Govindarajan hereby agrees that:

1) He shall not be entitled to recover any damages by way of defense costs for defending in the underlying action in excess of $425,000.00, including all costs in responding to the appeal, costs of any re-trial or re-trials of subsequent appeal or appeals;

2) Damages for attorney's fees for obtaining policy benefits, as recognized by the case of *Brandt v. Superior Court* (1985) 37 Cal.3d 813, shall not be recovered in excess of $50,000.00;

3) Ramji Govindarajan's claim for punitive damages as set forth in the prayer for relief of his complaint shall be dismissed with prejudice.

4) Upon remittitur, the Parties shall jointly give notice to the Court, which shall trigger a Status Conference for a new brief schedule on the pending motion for summary judgment.

5) Responses to pending discovery shall be due 21 days after remittitur.

IT IS SO ORDERED.

DATED: June 20, 2019



6115220.1