McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  jim.wagoner@mccormickbarstow.com
Christian D. Jinkerson, #232143
  ian.jinkerson@mccormickbarstow.com
Beau R. Mosman, #321404
  beau.mosman@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Government Employees Insurance
Company, aka GEICO

J. Curtis Edmondson, #236105
  jcedmondson@edmolaw.com
Law Offices of J. Curtis Edmondson
3699 NE John Olsen Ave
Hillsboro, OR 97124
Telephone:   (503) 336-3749

Attorney for Plaintiff Ramji Govindarajan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| Ramji Govindarajan,<br><br>        Plaintiff,<br><br>    v.<br><br>Government Employees Insurance Company aka GEICO, a Maryland Corporation,<br><br>        Defendant. | Case No. 3:18-cv-07797<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO LIFT STAY AND SET BRIEFING SCHEDULE<br><br>Judge:   Hon. Jacqueline Scott Corley |

On November 7, 2019, Plaintiff Ramji Govindarajan ("Plaintiff") and Defendant Government Employees Insurance Company ("Defendant") (collectively, the "Parties") filed a joint notice and stipulation to lift the stay of this action and set a briefing schedule on Defendant's motion for summary judgment. The stay had previously been established by this Court's Order dated June 20, 2019 granting a stipulation of the Parties to stay this action pending the outcome of the appeal in in the California Court of Appeal, First District, Case No. A164444. The appeal was

from the final judgment in the underlying action entitled *Rosebank Road Medical Services Ltd. Dba Rosebank Road Medical Centre and Geeta Murali Ganesh v. Ramji Govindarajan*, San Francisco County Superior Court, Case No. CGC-16-54755 (the "underlying action").

After consideration of the statements of counsel in that stipulation,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. Effective immediately, this Court's June 20, 2019 Order staying proceedings in this action pending completion of the appeal in the underlying action is hereby lifted.

2. Defendant may re-file and re-set a motion for summary judgment after entry of this order according to the following briefing schedule:

    a. Defendant shall refile its motion for summary judgment no later than December 5, 2019 and set the motion for hearing on January 16, 2020;

    b. Plaintiff's opposition to Defendant's motion for summary judgment is due December 23, 2019;

    c. Defendant's reply is due January 6, 2020.

3. Responses to pending discovery shall be due 21 days after entry of this order.

IT IS SO ORDERED.

DATED: November 14, 2019



6359040.1