UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMJI GOVINDARAJAN,<br><br>            Plaintiff,<br><br>     v.<br><br>GOVERNMENT EMPLOYEE INSURANCE COMPANY,<br><br>            Defendant. | Case No. 18-cv-07797-JSC<br><br>**JUDGMENT** |

By Order filed February 5, 2020, the Court granted Defendant's motion for summary judgment on the three causes of action asserted in Plaintiff's complaint. Accordingly, the Court enters judgment in favor Defendant and against Plaintiff on all claims.

**IT IS SO ORDERED.**

Dated: February 5, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge