FILED

APR 14 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RAMJI GOVINDARAJAN,<br><br>      Plaintiff-Appellant,<br><br> v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY, AKA GEICO, a Maryland corporation,<br><br>      Defendant-Appellee. | No.   20-15359<br><br>D.C. No. 3:18-cv-07797-JSC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 5), this appeal is voluntarily dismissed.  Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

                                                FOR THE COURT:

                                                By: Steven J. Saltiel<br>
                                                Circuit Mediator

SJS/mediation